57 F.3d 1067
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 UNITED STATES of America, Plaintiff-Appellee,
v.
Timothy C. PIGFORD; Clara B. Pigford, Defendants-Appellants.
 No. 94-1931.
 United States Court of Appeals, Fourth Circuit.
 Submitted: May 18, 1995.
Decided: June 13, 1995.
 
 Timothy C. Pigford, Clara B. Pigford, Appellants Pro Se. Eileen Coffey Moore, Office of the United States Attorney, Raleigh, NC, for Appellee.
 Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellants appeal from the district court's order granting Appellee's motion for summary judgment in this civil forfeiture action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Pigford, No. CA92-174 (E.D.N.C. Apr. 14, 1994).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 We also deny Appellants' motion for appointment of counsel